# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAPPY PRODUCTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ONTEL PRODUCTS CORPORATION; TELEBRANDS CORPORATION; BOSCOV'S DEPARTMENT STORE, LLC; BJ'S WHOLESALE CLUB, INC.; and UNBEATABLESALE.COM, INC., <br><br> *Defendants*. | Civil Action No. 2:24-cv-09819-EP-JRA <br><br> *Document Filed Electronically* <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Happy Products, Inc. hereby gives notice that this action is voluntarily dismissed as to **defendant Telebrands Corporation only**, without prejudice.  Defendant Telebrands Corporation has not yet served an Answer or a Motion for Summary Judgment in this action.


Dated: December 13, 2024

        *s/ Jordan B. Kaplan*

        Jordan B. Kaplan
        **FOX ROTHSCHILD LLP**
        49 Market Street
        Morristown, NJ 07960
        *Attorneys for Plaintiff, Happy Products, Inc.*

165997258.1